No. 04–6937. HAMLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6938. FOSTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6941. BAKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6944. CONROD v. MORRISON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–6947. CABRERA-CASTILLO v. UNITED STATES (Reported below: 105 Fed. Appx. 636); LARA-HURTADO v. UNITED STATES (105 Fed. Appx. 622); MOLINERO-JIMENEZ, AKA JIMENEZ-MOLINERO v. UNITED STATES (105 Fed. Appx. 634); PEREZ-MARTINEZ v. UNITED STATES (105 Fed. Appx. 629); GARCIA RAMIREZ, AKA LOPEZ v. UNITED STATES (106 Fed. Appx. 922); RIVAS-CASTILLO v. UNITED STATES (105 Fed. Appx. 633); ZACARIAS-CARBAJAL v. UNITED STATES (105 Fed. Appx. 636); CHICO-AVILA v. UNITED STATES (108 Fed. Appx. 877); FARFAN-ALVAREZ v. UNITED STATES (105 Fed. Appx. 628); GARCIA-JARAMILLO v. UNITED STATES (105 Fed. Appx. 630); GONZALEZ-GUERRA v. UNITED STATES (105 Fed. Appx. 639); GRUVE-MARTINEZ v. UNITED STATES (104 Fed. Appx. 454); HERNANDEZ-REYES v. UNITED STATES (106 Fed. Appx. 919); VALENCIA-HUERTA v. UNITED STATES (108 Fed. Appx. 875); GOMEZ-SALINAS v. UNITED STATES (105 Fed. Appx. 623); HERNANDEZ-HERRERA v. UNITED STATES (105 Fed. Appx. 633); OLMEDO-PACHECO, AKA VELA-PACHECO v. UNITED STATES (105 Fed. Appx. 635); PENA-FLORES v. UNITED STATES (104 Fed. Appx. 456); REYES-HERNANDEZ v. UNITED STATES (104 Fed. Appx. 451); and LOPEZ-HERNANDEZ v. UNITED STATES (105 Fed. Appx. 630). C. A. 5th Cir. Certiorari denied.

No. 04–6953. BARRERA-CEREZO v. UNITED STATES (Reported below: 106 Fed. Appx. 920); DE LA FUENTE-GARZA v. UNITED STATES (105 Fed. Appx. 635); GODINEZ-RODRIGUEZ v. UNITED STATES (105 Fed. Appx. 635); MARTINEZ-HIDALGO v. UNITED STATES (104 Fed. Appx. 456); MARTINEZ-NATAREN v. UNITED STATES (108 Fed. Appx. 871); MORALES-RICO v. UNITED STATES (108 Fed. Appx. 872); PATINO-DE LA TORRE v. UNITED STATES (104 Fed. Appx. 453); VALDEZ-GUTIERREZ v. UNITED STATES (105

Fed. Appx. 634); ALANIS-SOTO *v.* UNITED STATES (105 Fed. Appx. 610); HERNANDEZ-CALDERON *v.* UNITED STATES (105 Fed. Appx. 640); LOZOYA-MAGANES *v.* UNITED STATES (105 Fed. Appx. 622); MALDONADO-OLIVARES *v.* UNITED STATES (105 Fed. Appx. 621); OLVERA-VITELA *v.* UNITED STATES (105 Fed. Appx. 639); RODRIGUEZ-MUNIZ *v.* UNITED STATES (108 Fed. Appx. 873); and ZUNIGA-VERAS *v.* UNITED STATES (108 Fed. Appx. 874). C. A. 5th Cir. Certiorari denied.

No. 04–6957. INSAULGARAT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6961. MARSEILLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6962. MARTINEZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6963. KELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6967. MCKOY *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–6968. MCGRATH *v.* HOOD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6969. MOSS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6972. LIRANZO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–6973. MCQUIDDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6976. JEFFERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6979. JACKSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6981. RONGHI *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.